## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **MOHAMMED SHABAN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No.:** |
| **v.** | ) | |
| | ) | **A# 096669651** |
| **MICHAEL CHERTOFF,** | ) | |
| **AS THE DIRECTOR OF** | ) | FILED: MARCH 26, 2008 |
| **THE DEPARTMENT OF HOMELAND** | ) | 08CV1742         PH |
| **SECURITY, ROBERT S. MUELLER, III** | ) | JUDGE GETTLEMAN |
| **AS THE DIRECTOR OF FEDERAL** | ) | MAGISTRATE JUDGE SCHENKIER |
| **BUREAU OF INVESTIGATIONS** | ) | |
| **Defendants** | ) | |
| | ) | |

### COMPLAINT FOR MANDAMUS

Plaintiff, MOHAMMED SHABAN, by and through, REEM H. ODEH, of the LAW OFFICES OF BRODSKY & ODEH respectfully requests this Court to enter an order directing the Defendant, MICHAEL CHERTOFF, Director of Homeland Security to adjudicate Plaintiff's application for Lawful Permanent Resident Status.   In support of said request, the Plaintiff states as follows:

### JURISDICTION AND VENUE

1.      The is a civil action brought pursuant to 8 U.S.C. section 1329, and 28 U.S.C. Sections 1331 (Federal Questions) because Plaintiffs' claims arise under the federal laws of the United States, and 1361 (Mandamus Act), and Section 1447(b)  to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which statutes jurisdiction is conferred, to compel Defendant to perform a duty Defendant owes to Plaintiff, 5 U.S.C. section 704 also confers jurisdiction, 28 U.S.C §2201 (Declatory Judgement Act) and under 5 U.S.C. §701 *et seq.* (Administrative Act of the "APA").

2.      Venue is proper under 28 U.S.C. section 1391(b), since Defendant is the Director of the Bureau of Citizenship and Immigration Services (BCIS), an agency of the United States Government, under the Department of Homeland Security.  The Defendant Robert S. Mueller III, is the Director of the Federal Bureau of Investigations.

3.      This action is brought to compel the defendant, officers and an agency of the United States, to perform its duties arising under the laws of the United States.

4.      The APA requires USCIS and the FBI to carry out their duties within a reasonable time.  The provision of the APA that provides this is 5 U.S.C. Sec. 555(b), which states that "with due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it."  USCIS and FBI are subject to 5 USC Sec. 555(b).  The Plaintiffs contend that the delays in processing their application for adjustment of status are unreasonable.

## PARTIES

5.      Plaintiff, Mohammed Shaban is a native and citizen of Jordan.  He entered the United States in 1989 as a visitor.  Since his arrival he married his wife Gracie Hasan and a child to this marriage was born, namely Leiana Shaban born on May 8, 2004.

6.      Plaintiff's alien number is **A# 096669651.**

7.      Defendant,   MICHAEL CHERTOFF, is the Director of the Department of Homeland Security.  As such, he is charged with the duty of administration and enforcement of all the functions, powers, and duties of Bureau of Citizenship & Immigration Services, the former INS.  The Defendant ROBERT S. MUELLER III, is the Director of the Federal Bureau of Investigations.

8.      That Robert Mueller is sued in his official capacity.  The FBI is responsible for the proper

background clearance conducted on each applicant.

## CLAIMS FOR RELIEF

9.      On October 28, 2005 Plaintiff's wife filed a form I-130 Petition for Alien Relative concurrently with a form I-485, Application to Register Permanent Residence or Adjust Status and since then had his fingerprints taken and an adjustment of status interview was scheduled at which time the Plaintiff and his wife appeared. On or about August 10, 2007 the Plaintiff received a notice from the Defendants that his I-130 was approved.  However, since then the Plaintiff never received a final adjudication regarding his I-485 application to adjust status to permanent resident.

10.      Prior to the filing of the Complaint, the Plaintiff's attorneys have made several attempts with the Defendant to set and interview for adjustment of status, the Plaintiff or his attorneys have made numerous oral and written requests of the Defendant concerning a final adjudication of said applications.

11.      The Defendant, in violation of the Administrative Procedure Act, is unlawfully withholding or unreasonably delaying a decision on the applications of Plaintiff.

12.      Plaintiff has exhausted any remedies that may be exist.

WHEREFORE, Plaintiff prays that the Court:

A.      Compel Defendant and those acting under him to perform their duty to rule upon the Plaintiff's applications;

B.      Grant attorney's fees and cost of court

C.      Grant such other and further relief as this Court sees proper under the circumstances.

Respectfully Submitted,


_____/s/ Reem H. Odeh_____
Reem H. Odeh
Attorney for Plaintiff




Reem H. Odeh
Law Offices of Brodsky & Odeh
8 S. Michigan, Suite 3200
Chicago, Illinois 60603
312-701-3000
312-701-3088(fax)

-4-

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: Mohammed Shaban | Date: 3-18-2008 |
| | File No. A096 669 651 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: Mohammed Shaban
☐ Petitioner  ☑ Applicant
☐ Beneficiary

Address: (Apt. No.)    (Number & Street)    (City)    (State)    (Zip Code)
9434 S. 78th Court, Apt. 2N    Hickory Hills, IL 60457

Name:
☐ Petitioner  ☐ Applicant
☐ Beneficiary

Address: (Apt. No.)    (Number & Street)    (City)    (State)    (Zip Code)

*Check Applicable Item(s) below:*

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia    Illinois    Supreme Court    and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

| SIGNATURE Reem Odeh | COMPLETE ADDRESS 8 S. Michigan Suite 3200 Chicago, IL 60603 |
| NAME (Type or Print) REEM ODEH | TELEPHONE NUMBER |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Reem Odeh - REEM ODEH
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting Mohammed Shaban | Signature of Person Consenting | Date 3-18-2008 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

| RECEIPT NUMBER<br>MSC-06-034-25503 | | CASE TYPE   I130   IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIPT DATE<br>November 7, 2005 | PRIORITY DATE | PETITIONER<br>HASAN, GRACIE R. |
| NOTICE DATE<br>August 10, 2007 | PAGE<br>1 of 1 | BENEFICIARY A096 669 651<br>SHABAN, MOHAMMED |

GRACIE R. HASAN
9434 S 78TH CT APT 2N
HICKORY HILLS IL 60457

Notice Type:  Approval Notice
Section: Husband or wife of U.S.
         Citizen, 201(b) INA

Courtesy Copy: Original sent to: PUCHALSKI, DONALD E

This courtesy notice is to advise you of action taken on this case.  The official notice has been mailed to the attorney or representative indicated above.  Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved.  The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
USCIS, DHS
P.O. BOX #648004
LEE'S SUMMIT MO 64064
Customer Service Telephone: (800) 375-5283



# THE UNITED STATES OF AMERICA

| ASC Appointment Notice | APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|---|
| | MSC0603425501 | MSC0603425504 | 1/27/2006 |
| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
| I485  I765 | | A096669651 | 3 |
| | TCR | SERVICE CENTER | PAGE |
| | | MSC | 1 of 1 |

MOHAMMED SHABAN
9434 S 78TH CT APT 2W
HICKORY HILLS, IL 60457



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED. IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS PULASKI | 02/24/2006 |
| 5160  S. PULASKI AVE | 12:00 PM |
| SUPER MALL, SPACE 101 | |
| CHICAGO, IL 60632 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

APPLICATION NUMBER 1

I485    -    MSC0603425501



APPLICATION NUMBER 2

I765    -    MSC0603425504



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

## THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-06-034-25504 | | Case Type:<br>I-765 - Application for Employment Authorization Document |
|---|---|---|
| Received Date:<br>October 28, 2005 | Priority Date: | Applicant:<br>SHABAN, MOHAMMED |
| Notice Date:<br>November 07, 2005 | Page      1 OF 1 | ASC Code:     2 |

| MOHAMMED  SHABAN<br>9434 S 78TH CT APT 2W<br>HICKORY HILLS  IL  60457 | Notice Type:      Receipt Notice<br><br>Amount Received:      $180.00 |
|---|---|

The above application has been received.  **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

### BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

### PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT.  You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

### WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
·        a passport or national photo identification issued by your country,
·        a driver's license,
·        a military photo identification, or
·        a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

### CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

| U. S. Citizenship and Immigration Services<br>P.O. Box 648005<br>Lee's Summit, MO  64064<br>National Customer Service Center: 1-800-375-5283 |  |
|---|---|

# I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number: MSC-06-034-25503 | | Case Type: I-130 - Petition for Alien Relative |
|---|---|---|
| Received Date: October 28, 2005 | Priority Date: | Petitioner: HASAN, GRACIE |
| Notice Date: November 07, 2005 | Page    1 OF 1 | Beneficiary: SHABAN, MOHAMMED |

GRACIE HASAN
9434 S 78TH CT APT 2W
HICKORY HILLS IL 60457

Notice Type:    Receipt Notice

Amount Received:    $190.00

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect.** Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



5139184          0002829793

Form I-797C (Rev. 11/28/03) N

# THE UNITED STATES OF AMERICA

| Receipt Number:  MSC-06-034-25501 | | Case Type:  I-485 - Application to Register Permanent Residence or Adjust Status | |
|---|---|---|---|
| Received Date:  October 28, 2005 | Priority Date: | Applicant: A096669651  SHABAN, MOHAMMED | |
| Notice Date:  November 07, 2005 | Page 1 OF 1 | ASC Code: 3 | |

| MOHAMMED SHABAN  9434 S 78TH CT APT 2W  HICKORY HILLS IL 60457 | Notice Type: Receipt Notice  Amount Received: $395.00 |
|---|---|

The above application has been received. **Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.**

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
·       a passport or national photo identification issued by your country,
·       a driver's license,
·       a military photo identification, or
·       a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5139184       0002829793

Form I-797C (Rev. 11/28/03) N

THE HASHEMITE KINGDOM
OF JORDAN

MINISTRY OF INTERIOR

**PASSPORT**

BY THE NAME OF HIS MAJESTY THE KING TO ALL
WHOM IT MAY CONCERN GREETING :

GOVERNMENT OFFICIALS OF THE HASHEMITE
KINGDOM OF JORDAN, REPRESENTATIVES ABROAD
AND ALL THOSE WHOM IT MAY CONCERN ARE
REQUIRED AND REQUESTED TO ALLOW BEARER
TO PASS FREELY WITHOUT LET OR HINDRANCE
AND TO AFFORD EVERY ASSISTANCE AND
PROTECTION OF WHICH MAY STAND IN NEED.

DIRECTOR GENERAL CIVIL STATUS
AND PASSPORT DEPARTMENT

المملكة الأردنية الهاشمية
وزارة الداخلية

جواز سفر

باسم صاحب الجلالة الملك
إلى جميع من لهم علاقة بهذا تحية :

يرجى من موظفي حكومة المملكة الأردنية
الهاشمية ومن يمثلها في الخارج ومن جميع
من لهم علاقة بهذا الشأن أن يسمحوا لحامل
هذا الجواز بحرية المرور من غير تأخير أو
إعاقة وان يبذلوا له كل مساعدة أو حماية قد
يحتاج إليها.

مدير عام الأحوال المدنية
والجوازات

جواز سفر
PASSPORT

I636817

THE HASHEMITE KINGDOM OF JORDAN    المملكة الأردنية الهاشمية

الرقم الوطني    NATIONAL NO.    رقم القيد    Country code    رمز    Type    نوع    SEX    الجنس

M55    JOR    9751049451

الاسم الكامل    محمد فائق سلامة شعبان

FULL NAME  Mohammed F. S. Shaban

PLACE OF BIRTH  Zarka    مكان الميلاد    الزرقاء

DATE OF BIRTH  Jan. 23 1975    تاريخ الميلاد    ١٩٧٥/١/٢٣

DATE OF ISSUE    تاريخ الإصدار    MOTHER'S NAME    اسم الأم    سميرة

Feb. 15 . 2006    Samira

DATE OF EXPIRY    تاريخ الانتهاء    ISSUED AT    صدر في    واشنطن

Feb. 15 . 2011

Washington D.C.